1  ROBERT L. RENTTO (42655)
   DAVID A. RENTTO (198030)
2  Rentto & Rentto Prof. Law Corp.
   110 West "C" Street, Suite 1503
3  San Diego, CA  92101-7901
   Telephone:(619) 238-1002
4
   Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUNBELT RENTALS aka NATIONS RENT, a North Carolina corporation,<br><br>  Plaintiff,<br><br>v.<br><br>HAWKS TRUCK STOP ind. and dba HAWKS TRUCK STOP, INC., MAKHAN VIRK, PRITPAL KAHUR, BALBIR S. DHAMI aka BALBIR SINGH DHAMI, DHAMI TRUCK PLAZA, LLC., BALWANT S. VIRK, JAGJEET S. MAAN, MAAN TRUCKING AND LOGISTICS, INC.,THE GORALKA LAW FIRM, BANK OF THE WEST, FIRST SANTA CLARA CORPORATION., DANNY HAYES, JANETTE C. HAYES, FIDELITY NATIONAL TITLE COMPANY, CLERK OF U.S. DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA, CHICAGO TITLE COMPANY, U.S. SMALL BUSINESS ADMINISTRATION, GREATER SACRAMENTO CERTIFIED DEVELOPMENT CORPORATION, and DOES 1 through 100,<br><br>  Defendants. | No. 2:10-cv-00690-MCE-GGH<br><br>**STIPULATION FOR DISMISSAL AND ORDER THEREON** |

27  ///

28  ///

1  IT IS HEREBY STIPULATED by and between plaintiff SUNBELT RENTALS aka
2  NATIONS and defendant MAKHAN VIRK, the only remaining parties appearing in this Court, that
3  this matter may be dismissed without prejudice, each party to bear its own costs and attorneys fees.

RENTTO & RENTTO
Professional Law Corporation

By:   /s/ Robert L. Rentto
         Robert L. Rentto
Attorneys for Plaintiff

LAW OFFICES OF PATRICK RIAZI

By:   /s/ Patrick Riazi
         Patrick Riazi
Attorneys for Defendant MAKHAN VIRK

IT IS SO ORDERED.  The Clerk of Court is hereby directed to close this file.

Dated: March 7, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE